Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS MANAGEMENT, INC )
)
       Plaintiff,     vs. )  Case No.: 2:11-CV-02481-RGK-VBK
)
HILDA MACIEL, et al, )  **RENEWAL OF JUDGMENT**
)
       Defendant, )
)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Innovative Sports Management, Inc, and against Defendant, Hilda Maciel, individually and d/b/a Azteca Grill Buffet; Samuel Maciel, individually and d/b/a Azteca Grill Buffet, entered on September 16, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,000.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,000.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **5,000.00** |
| f. | Interest after judgment(.12%) | $ | 59.62 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **5,059.62** |

Dated: August 19, 2021

CLERK, by  /s/ *Jennylam*
               Deputy

Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment